IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CR-00007-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SILVEN STEIN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon letter motion of the defendant for amendment of the schedule of payments in his Judgment. (Doc. No. 27).

The defendant has provided a copy of his Inmate Financial Plan requiring payment of $50 per month to participate in the Inmate Financial Responsibility Program ("IFRP"). (Id. at Exhibit 2). However, participation in the IFRP is voluntary, and an inmate becomes eligible for certain benefits by his involvement in the program. 28 C.F.R. § 545.11 et seq. A team at a prison facility considers an inmate's financial information, monitors the amount of money in his trust account, and determines the required monthly payment for participation in the program.

Here, the Court ordered that payment of the defendant's criminal monetary penalties was due immediately and recommended participation in the IFRP. (Doc. No. 24: Judgment at 2, 6). Any balance outstanding at the time he begins supervision is to be paid in installments of $50 per month to commence 60 days after his release from imprisonment. (Id. at 6). In his motion, the defendant states that UNICOR does not have a program at his place of incarceration resulting in a drastic reduction of his monies. (Doc. No. 27: Motion at 1). Thus, the defendant's complaint is with the monthly rate set by the IFRP team, not the Court. The defendant retains the choice of

1

whether to remain in the program, or can challenge its execution through administrative remedies.

**IT IS, THEREFORE, ORDERED**, that the defendant's request to amend the Judgment, (Doc. No. 27) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the United States Probation Office.

Robert J. Conrad, Jr.
United States District Judge