October 13, 2020

Clerk of the Court
Charles R. Jonas Federal Building
District Court of North Carolina
Charlotte Division
401 West Trade Street, Room 210
Charlotte, NC 28202


Silven Stein, 24451-058
Low Security Correctional Institution
PO Box 999
Butner, NC 27509


Dear Clerk of the Court:

The purpose of this letter is to request a court appointed attorney or public defender to be assigned to me so that we can pursue a reduction in sentence under §§ 3582 compassionate release. I have exhausted my administrative remedies, but have been denied. On February 12, 2020, I was denied my request to the social worker for terminal medical condition. On July 14, 2020 I was denied my second request to the social worker for debilitated medical condition. Additionally, my appeal to the warden, a request for administrative remedy (BP9), was also denied.

I suffer from congestive heart failure, a comorbidity factor for COVID-19 infection. I was positive and symptomatic this summer and required extensive treatment to survive. I am fearful that I will not survive a second infection.

I MEET THE CRITERIA FOR COMPASSIONATE RELEASE AND I HAVE A FULL RELEASE PLAN ON FILE. WHILE I HAVE USED A PRIVATE LAWYER IN THE PAST, I AM NOW INDIGENT AND CANNOT AFFORD ONE. MY ORIGINAL COURT DOCKET NUMBER IS 3:10-CR-0007-001.

I APPRECIATE YOUR TIMELY RESPONSE TO THIS REQUEST. I TRULY FEEL THAT MY LIFE IS IN JEOPARDY AND TIME IS OF THE ESSENSE IN MY SITUATION GIVEN THE CROWDED, OPEN CONDITIONS OF BUTNER LSCI AND ITS INABILITY TO STOP INFECTIOUS DISEASES FROM SPREADING. THANK YOU FOR YOUR SERIOUS CONSIDERATION.

RESPECTFULLY,

*[signature]*

SILVEN STEIN, #24451-058